IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOUSING RIGHTS CENTER, | Case No.: 2:20-cv-03056 JAK-PLAx |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| TPG (METROPOLITAN), LLC, et al. | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

DATED: August 25, 2020

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE