HOUSING RIGHTS CENTER
D. Scott Chang (SBN 146403)
schang@housingrightscenter.org
Rodney Leggett (SBN 332119)
rleggett@housingrightscenter.org
Zachary Frederick (SBN 333738)
zfrederick@housingrightscenter.org
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90010
Tel:   (949) 398-8080
Fax:   (949) 398-8081

BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Housing Rights Center

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC. d/b/a HOUSING RIGHTS CENTER,**<br><br>Plaintiff,<br><br>vs.<br><br>**TPG (METROPOLITAN) LLC, POMONA PARK & PLAZA LLC, and ASSET CAMPUS USA, LLC,**<br><br>**Defendants** | No. 2:20-cv-03056-JAK-PLA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES BY DEFENDANTS TPG (METROPOLITAN) LLC AND POMONA PARK & PLAZA LLC**<br><br>Hearing Date:  07/14/2021<br>Hearing Time:  10:00 am<br>Room:  TBD<br><br>Discovery Cutoff: September 20, 2021<br>Trial Date:  Not set<br><br>***DISCOVERY MATTER*** |

Please take notice that on July 14, 2021, at 10:00 am, plaintiff Housing Rights Center will move the Honorable Paul L. Abrams, United States Chief

Magistrate Judge for the Central District of California, for issue of an order compelling:[1]

    1.    Further responses and production from defendants TPG (Metropolitan), LLC ("TPG") and Pomona Park & Plaza, LLC ("Pomona Park") in response to plaintiff's requests for production Nos. 2, 3, 4, 7, 9, 11, 13, 15, 16, 17, 19, 20, 21, 26, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 46, 47, 48, 49, 53, 56 and 57;

    2.    Further responses and production from defendant TPG only in response to plaintiff's requests for production Nos. 56, 57, 60, 61, 62, 63, and 64;

    3.    Further responses and production from defendant Pomona Park only in response to plaintiff's requests for production Nos. 56 and 57; and,

    4.    Further answers from defendant TPG in response to plaintiff's interrogatories Nos. 15 and 16.

This motion is based on the following documents filed concurrently with this notice of motion:

    1.    Joint Stipulation Pursuant to LR 37 in Connection with Plaintiff's Motion to Compel;

    2.    Declaration of Christopher Brancart in Support of Joint Stipulation Re Plaintiff's Motion to Compel, including Exhibits 1-47 (omitting exhibits 34, 39-42, designated as confidential);

    3.    Declaration of Stephen Farkas, including Exhibits 48-55 (omitting exhibit 55, designated as confidential); and

    4.    the attached Certificate of Service regarding service of each of these

---

[1] Please note that Chief Magistrate Judge Abrams's website states: "In light of the COVID-19 pandemic, while motions should still be properly noticed with a hearing date, no hearings on motions will proceed until further notice or otherwise ordered."

documents.

As set forth in the declaration of Christopher Brancart at paragraphs 6-9, 12-13, and 16-18, this motion followed meetings of counsel pursuant to LR 37-1 and Fed. R. Civ. P. 37(a) during which the parties attempted to resolve this discovery dispute.

\* \* \*

Dated:  June 23, 2021.

Respectfully submitted,

| BRANCART & BRANCART | HOUSING RIGHTS CENTER |
|---|---|
| */s/ Christopher Brancart*<br>Christopher Brancart (SBN 128475)<br>cbrancart@brancart.com<br>P.O. Box 686<br>Pescadero, CA 94060<br>Tel:   (650) 879-0141<br>Fax:  (650) 879-1103 | D. Scott Chang (SBN 146403)<br>schang@housingrightscenter.org<br>Rodney Leggett (SBN 332119)<br>rleggett@housingrightscenter.org<br>Zachary Frederick (SBN 333738)<br>zfrederick@housingrightscenter.org<br>3255 Wilshire Boulevard, Suite 1150<br>Los Angeles, CA 90010<br>Tel:   (949) 398-8080<br>Fax:  (949) 398-8081 |

Attorneys for Plaintiff Housing Rights Center

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on June 23, 2021, I served by email via ECF a copy of the following documents –

• Plaintiff's Notice of Motion and Motion to Compel Responses by Defendants TPG (Metropolitan) LLC and Pomona Park & Plaza LLC;

• Joint Stipulation Pursuant to LR 37 in Connection with Plaintiff's Motion to Compel;

• Declaration of Christopher Brancart in Support of Joint Stipulation Re Plaintiff's Motion to Compel, including exhibits 1-47; and,

• Declaration of Stephen Farkas, including exhibits 48-55

– on the following attorneys:

Edward Susolik
Stephen P. Farkas
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
esusolik@callahan-law.com
sfarkas@callahan-law.com

[For TPG Metropolitan, LLC and Pomona Park & Plaza, LLC]

Clint D. Robison
Angeli C. Aragon
O'HAGAN MEYER
21550 Oxnard Street, Suite 1050
Woodland Hills, CA 91367
crobison@ohaganmeyer.com
aaragon@ohaganmeyer.com

[For Asset Campus USA, LLC]

*/s/ Christopher Brancart*