HOUSING RIGHTS CENTER
Rodney Leggett (SBN 332119)
rleggett@housingrightscenter.org
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90010
Tel.: (213) 387-8400 x1116

*Attorney for Housing Rights Center*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER INC. d/b/a HOUSING RIGHTS CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> TPG (METROPOLITAN) LLC, POMONA PARK & PLAZA LLC, and ASSET CAMPUS USA, LLC, <br><br> Defendants | Case No.: 2:20-cv-03056-JAK-PLA <br><br> **DECLARATION OF MATTHEW DAHL RE CALCULATIONS OF STATISTICS FROM EXHIBIT B** |

I, Matthew Dahl, hereby declare as follows:

1.     I am a legal assistant employed by the law firm Brancart & Brancart, which represents the plaintiff in this action. I have personal knowledge of the facts set forth below, and if called upon, could and would testify competently to each fact.

2.     Pursuant to Fed. R. Evid. 1006, in the course of this action I created calculations based on the voluminous content of Exhibit B.

3.     To calculate the total number and percentage of all Housing Choice Voucher recipients in the City of Pomona, I used an Excel formula to count the

-1-

DECLARATION OF MATTHEW DAHL RE CALCULATIONS OF STATISTICS

number of data rows in Exhibit B.

4.    To calculate the total number and percentage of all white Housing Choice Voucher recipients in the City of Pomona, I used an Excel formula to count the number of "Y" entries in the "White" column of Exhibit B.

5.    To calculate the total number and percentage of all black Housing Choice Voucher recipients in the City of Pomona, I used an Excel formula to count the number of "Y" entries in the "Black/African American" column of Exhibit B.

6.    To calculate the total number and percentage of all Hispanic Housing Choice Voucher recipients in the City of Pomona, I used an Excel formula to count the number of "1" entries in the "Ethnicity" column of Exhibit B.

7.    To calculate the total number and percentage of all Housing Choice Voucher recipients older than 62 in the City of Pomona, I used an Excel formula to count the number of values greater than or equal to 62 in the "Age on effective date of action" column of Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 14, 2021, at Loma Mar, CA.

_Matt Dahl_

_____

Matthew Dahl

-2-

DECLARATION OF MATTHEW DAHL RE CALCULATIONS OF STATISTICS