UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC. d/b/a HOUSING RIGHTS CENTER, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TPG (METROPOLITAN,), LLC, a Delaware limited liability company; POMONA PARK & PLAZA LLC, a California limited liability company; ASSET CAMPUS HOUSING, INC., a Texas corporation,<br><br>Defendants. | No. 2:20-cv-03056-JAK-PLAx<br><br>**ORDER RE JOINT APPLICATION AND STIPULATION RE: DISMISSAL DEFENDANTS TPG (METROPOLITAN), LLC AND POMONA PARK & PLAZA, LLC ONLY (DKT. 92)** |

Based on a review of the Joint Application and Stipulation Re Dismissal of Defendant TPG Metropolitan, LLC, and Defendant Pomona Park & Plaza, LLC (the "Stipulation" (Dkt. 92)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. This action as to Defendants TPG Metropolitan, LLC and Pomona Park & Plaza, LLC is dismissed with prejudice;
2. Each of these parties shall bear its own costs; and
3. The Court shall retain jurisdiction for purposes of enforcement only.

In light of this Order, Defendant TPG Metropolitan, LLC, and Defendant Pomona Park & Plaza, LLC's Motion for Summary Adjudication (Dkt. 48) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated:    May 17, 2022

_____
John A. Kronstadt
United States District Judge